POLICY ANALYSIS CO., INC.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5033.

United States Court of Appeals,
Federal Circuit.

April 11, 2003.

Rehearing Denied June 11, 2003.

Before LOURIE, BRYSON, and
GAJARSA, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Imari Abubakari OBADELE and
Kuratibisha X Ali Rashid,
Plaintiffs–Appellants,

and

Kalonji Tor OLUSEGUN, Plaintiff,

v.

UNITED STATES, Defendant–Appellee.

No. 02–5134.

United States Court of Appeals,
Federal Circuit.

April 11, 2003.

Before CLEVENGER, SCHALL, and
DYK, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.